*AO 120 (Rev. 08/10)*

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313–1450** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the **U.S. District Court for the District of New Jersey** on the following:
____ Trademarks or **X** Patents. ( ____ the patent action involves 35 U.S.C. § 292.)

| DOCKET NO.<br>2:21–cv–20099–SDW–LDW | DATE FILED<br>12/14/2021 | U.S. DISTRICT COURT<br>NEWARK, NJ |
|---|---|---|
| PLAINTIFF<br>CELGENE CORPORATION | | DEFENDANT<br>ALEMBIC PHARMACEUTICALS LIMITED |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 See Attached Complaint | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-–entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ___ Amendment    ___ Answer    ___ Cross Bill    ___ Other Pleading |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-–entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK<br>William T. Walsh | (BY) DEPUTY CLERK<br>s/ Louis Guida | DATE<br>12/14/2021 |
|---|---|---|

**Copy 1-–Upon initiation of action, mail this copy to Director   Copy 3-–Upon termination of action, mail this copy to Director**
**Copy 2-–Upon filing document adding patent(s), mail this copy to Director   Copy 4-–Case file copy**