

Charles M. Lizza
Phone: (973) 286-6715
Fax: (973) 286-6815
clizza@saul.com
www.saul.com

March 8, 2022

**VIA ECF**

The Honorable Susan D. Wigenton, U.S.D.J.
United States District Court
King Fed. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re:    *Celgene Corporation v. Alembic Pharmaceuticals Limited*
            Civil Action No. 21-20099 (SDW)(LDW)

Dear Judge Wigenton:

    This firm, together with Quinn Emanuel Urquhart & Sullivan, LLP and Jones Day, represents plaintiff Celgene Corporation ("Celgene" or "Plaintiff") in the above-captioned matter.

    Enclosed is a Stipulation and [Proposed] Order Withdrawing Defendant's Affirmative Defenses Ten and Eleven and Plaintiff's Motion to Strike, to which the parties have agreed. Entry of this Stipulation and [Proposed] Order would moot Celgene's pending Motion to Strike Improper Affirmative Defenses Ten and Eleven (D.I. 34). If the enclosed Stipulation and [Proposed] Order meets with the Court's approval, we respectfully request that Your Honor sign it and have it entered on the docket.

    Thank you for Your Honor's kind attention to this matter.

Respectfully yours,

Charles M. Lizza

Enclosure
cc:    All Counsel (via e-mail)

One Riverfront Plaza, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973) 286-6700 ◆ Fax: (973) 286-6800

DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Charles M. Lizza
William C. Baton
Sarah A. Sullivan
SAUL EWING ARNSTEIN & LEHR LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiff*
*Celgene Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CELGENE CORPORATION,<br><br>                    Plaintiff,<br><br>       v.<br><br>ALEMBIC PHARMACEUTICALS<br>LIMITED,<br><br>                    Defendant. | Civil Action No. 21-20099 (SDW)(LDW)<br><br>(Filed Electronically) |

**STIPULATION AND ORDER WITHDRAWING DEFENDANT'S AFFIRMATIVE**
**DEFENSES TEN AND ELEVEN AND PLAINTIFF'S MOTION TO STRIKE**

WHEREAS, on February 1, 2022, Plaintiff Celgene Corporation ("Celgene") filed its

Motion to Strike Improper Affirmative Defenses Ten and Eleven from Defendants Alembic

Pharmaceuticals Limited, Alembic Global Holding SA, and Alembic Pharmaceuticals, Inc.'s

Answer, Defenses, and Counterclaims (D.I. 34);

WHEREAS, the parties thereafter met and conferred, and Defendant Alembic

Pharmaceuticals Limited[1] ("Alembic") has agreed to withdraw Affirmative Defenses Ten and

Eleven (D.I. 13 at 29);

---

[1] On March 7, 2022, the Court entered an order dismissing Alembic Global Holding SA and Alembic Pharmaceuticals, Inc. as parties.  (D.I. 59).

WHEREAS, based on Alembic's agreement to withdraw Affirmative Defenses Ten and Eleven, Celgene has agreed to withdraw its Motion to Strike;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, based on the foregoing, and subject to the Court's approval, that:

1.      Alembic's Affirmative Defenses Ten and Eleven (D.I. 13 at 29) are hereby withdrawn; and

2.      Celgene's Motion to Strike Improper Affirmative Defenses Ten and Eleven (D.I. 34) is hereby withdrawn as moot.


Dated:  March 8, 2022                          SO STIPULATED:

s/ Charles M. Lizza_____            s/ Eric I. Abraham_____
Charles M. Lizza                              Eric I. Abraham
William C. Baton                              HILL WALLACK LLP
Sarah A. Sullivan                             21 Roszel Road
SAUL EWING ARNSTEIN & LEHR LLP                Princeton, NJ  08540
One Riverfront Plaza, Suite 1520              (609) 734-6358 (telephone)
Newark, NJ 07102-5426
(973) 286-6700                                *Attorneys for Defendant*
clizza@saul.com                               *Alembic Pharmaceuticals Limited*

*Attorneys for Plaintiff*
*Celgene Corporation*



SO ORDERED on this ___ day of _____, 2022.


_____
Hon. Susan D. Wigenton, U.S.D.J.

- 2 -