Charles M. Lizza
William C. Baton
Sarah A. Sullivan
SAUL EWING ARNSTEIN & LEHR LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiff*
*Celgene Corporation*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CELGENE CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ALEMBIC PHARMACEUTICALS LIMITED,<br><br>　　　　　　Defendant. | Civil Action No. 21-20099 (SDW)(LDW)<br><br>(Filed Electronically) |

## CONSENT JUDGMENT

Plaintiff Celgene Corporation ("Celgene") and Defendant Alembic Pharmaceuticals Limited ("Alembic"), the parties in the above-captioned action, hereby stipulate and consent to entry of judgment and an injunction in this action as follows:

IT IS this 5th day of July, 2022:

ORDERED, ADJUDGED, AND DECREED as follows:

1. This Court has jurisdiction over the subject matter of the above action and has personal jurisdiction over the parties for purposes of this action only, including as set forth below in Paragraph 6 of this Consent Judgment.

2. As used in this Consent Judgment, the term "Alembic ANDA Product" shall mean a drug product manufactured, imported, sold, offered for sale, marketed, or distributed pursuant to Abbreviated New Drug Application No. 216260 in or for the United States of America, including its territories, possessions, and the Commonwealth of Puerto Rico.

3. As used in this Consent Judgment, the term "Patent-in-Suit" shall mean U.S. Patent No. 7,465,800.

4. Until expiration of the Patent-in-Suit, Alembic, including any of its successors and assigns, is enjoined from infringing the Patent-in-Suit, on its own part or through any third party on its behalf, by making, having made, using, selling, offering to sell, importing, or distributing of the Alembic ANDA Product in or for the United States of America, including its territories, possessions, and the Commonwealth of Puerto Rico, unless and to the extent otherwise specifically authorized by Celgene, and is further enjoined from assisting or cooperating with any third parties in connection with any infringement of the Patent-in-Suit by any such third parties in connection with making, having made, using, selling, offering to sell, importing, or distributing of any lenalidomide-containing drug product that references New Drug Application 21-880 in or for the United States of America, including its territories, possessions, and the Commonwealth of Puerto Rico, unless and to the extent otherwise specifically authorized by Celgene.

5. Compliance with this Consent Judgment may be enforced by Celgene and its respective successors in interest or assigns.

6. This Court retains jurisdiction to enforce the terms of this Consent Judgment and to enforce and resolve any disputes related thereto.

7. All claims, counterclaims, affirmative defenses and demands in this action that relate to Alembic are hereby dismissed with prejudice and without costs, disbursements, or attorneys' fees to any party.

8. Nothing herein prohibits or is intended to prohibit Alembic from maintaining any "Paragraph IV Certification" pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV) or pursuant to 21 C.F.R. § 314.94(a)(12) with respect to the Patent-in-Suit or any other patent.

9. Nothing herein restricts or is intended to restrict the U.S. Food and Drug Administration from approving Abbreviated New Drug Application No. 216260 or the Alembic ANDA Product.

10. Nothing herein prohibits or is intended to prohibit Alembic from engaging in any activity permitted under 35 U.S.C. § 271(e)(1).

_____
Hon. Susan D. Wigenton, U.S.D.J.

We hereby consent to the form and entry of this Judgment:

Dated: July 1, 2022

By:  s/ Charles M. Lizza  
    Charles M. Lizza  
    William C. Baton  
    Sarah A. Sullivan  
    SAUL EWING ARNSTEIN & LEHR LLP  
    One Riverfront Plaza, Suite 1520  
    Newark, New Jersey 07102-5426  
    (973) 286-6700  
    clizza@saul.com

*Attorneys for Plaintiff Celgene Corporation*

By:  s/ Eric I. Abraham  
    Eric I. Abraham  
    HILL WALLACK, LLP  
    21 Roszel Road  
    Princeton, New Jersey 08543  
    (609) 734-6358

*Attorneys for Defendant Alembic Pharmaceuticals Limited*